LEO D. PLOTKIN (SBN 101893)
JOHN MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049-1633
Telephone:   (310) 471-3000
Facsimile:    (310) 471-7990

Attorneys for Plaintiff
BLX CAPITAL, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLX CAPITAL, LLC.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAMJIN GENERAL SUPPLY, INC., ET AL.,<br><br>　　　　　Defendants. | Case No.  2:09-CV-02438 GEB-JFM<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON**<br><br>Date:　　　December 14, 2009<br>Time:　　　9:00 a.m.<br>Ctrm:　　　10 |

This stipulation is made by and between Plaintiff BLX Capital, LLC and defendants Samjin General Supply, Inc. dba Sam Jin Roofing Supply, Mason Au, Nanjoo Au, the United States of America, on behalf of the U.S. Small Business Administration, and Wabash National Trailer Centers, Inc., by and through their respective counsel of record, with respect to the following facts:

1. A Scheduling Conference in the above-captioned matter is set for December 14, 2009.

2. Counsel for Plaintiff also has scheduled, on that same date, scheduling conferences in matters in Riverside, California, and Santa Ana, California (Textron Financial Corporation v. Garthwaite, Case No. CV-09-5606-RGK (VBKx); BLX Capital, LLC v. ZNM Holdings, Inc., Case No. SACV09-1000 JVS(MLGx)).  In order to accommodate counsel, all counsel are willing to continue the Scheduling Conference in this matter.  In the weeks following December 14, 2009, various counsel are unavailable on December 28, 2009 and January 4, 2010.

NOW, THEREFORE, IT IS STIPULATED as follows:

1. That the Scheduling Conference be continued from December 14, 2009 to a date convenient to the Court, excluding December 28, 2009 and January 4, 2010.

Dated:  November 9, 2009

LEO D. PLOTKIN
JOHN MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By:  /s/ Leo D. Plotkin
Leo D. Plotkin
Attorneys for Plaintiff
BLX CAPITAL, LLC

(Signatures continued on next page)

1

| | |
|---|---|
| Dated: November 9, 2009 | JAMES J. KIM<br>KIM & ASSOCIATES<br><br>By: /s/ James J. Kim<br>    James J. Kim<br>Attorneys for Defendants<br>Sam Jin General Supply, Inc., Mason Au,<br>and Najoo Au |
| Dated: November 9, 2009 | BILL J. SYMES<br>FOLEY & LARDNER LLP<br><br>By: /s/ Bill J. Symes<br>    Bill J. Symes<br>Attorneys for Defendant Wabash<br>National Trailer Centers, Inc. |
| Dated: November 9, 2009 | LAWRENCE G. BROWN<br>United States Attorney<br><br>By: /s/ Bobbie J. Montoya<br>    Bobbie J. Montoya<br>Attorneys for the United States of<br>America on behalf of Defendant U.S.<br>Small Business Administration |

**ORDER**

The Scheduling Conference scheduled for December 14, 2009, is continued to January 19, 2010, at 9:00 a.m. in Courtroom 10 of the above-captioned Court. A joint status report shall be filed fourteen days prior to the hearing.

Dated: November 10, 2009

GARLAND E. BURRELL, JR.
United States District Judge

3

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On November 9, 2009, I served the documents described as STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON on the interested parties in this action by placing a true copy thereof in sealed envelope(s) addressed as follows:

**COUNSEL FOR SAM JIN GENERAL SUPPLY, INC., MASON AU, AND NAJOO AU**
James J. Kim, Esq.
Kim & Associates
2201 Broadway, Suite 803
Oakland, CA  94612
Email: jkim@roklaw.com

**COUNSEL FOR UNITED STATES SMALL BUSINESS ADMINISTRATION**
Bobbie J. Montoya
Assistant U.S. Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
Email:   Bobbie.Montoya@usdoj.gov

**COUNSEL FOR WABASH NATIONAL TRAILER CENTERS, INC.**
Bill J. Symes, Esq.
Foley & Lardner LLP
One Maritime Plaza, Suite 600
San Francisco, CA  94111
Email: bsymes@foley.com

☒ By Mail

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

4

☒ (By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document.  I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed November 9, 2009, at Los Angeles, California.

/s/ Heidi Petrilli<br>Heidi Petrilli