LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049-1633
Telephone:   (310) 471-3000
Facsimile:    (310) 471-7990
lplotkin@lsl-la.com / jmertens@lsl-la.com

Attorneys for Plaintiff
BLX CAPITAL, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLX CAPITAL, LLC. | Case No.  2:09-CV-02438 GEB-JFM |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF** |
| SAM JIN GENERAL SUPPLY, INC., ET AL., | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF**

This Stipulation is entered into by and between BLX Capital, LLC ("BLX"), the United States of America, on behalf of its agency the Small Business Administration ("SBA"), Sam Jin General Supply, Inc. ("Sam Jin"), Mason Au and Najoo Au (collectively the "Individuals"), and Wabash National Trailer Centers, Inc. ("Wabash" and together with the SBA, Sam Jin and the Individuals, "Defendants"), as more fully described below:

WHEREAS, on or about September 26, 2005, Samjin and the Individuals executed and delivered to BLX a written Promissory Note in the principal sum of $1,780,000.00 (the "Note");

WHEREAS, on or about September 26, 2005, the Individuals executed and delivered to BLX a certain Deed of Trust with Assignments of Rent ("Deed of Trust"), which was recorded on September 27, 2005 in Book 2005-0048140 in the official Records of the County of Yolo, State of California;

WHEREAS, on or about September 28, 2005, BLX executed an Allonge to the Note and an Assignment of the Deed of Trust, transferring the Note and Deed of Trust to BLC Capital Funding, LLC ("BLC");

WHEREAS, on or about September 28, 2005, BLC executed an Allonge to the Note and an Assignment of the Deed of Trust, transferring the Note and Deed of Trust to HSBC Bank USA, its successors and assigns, as indenture trustee under that certain Indenture dated as of March 19, 2004, relating to BLX Conventional Funding Trust II Notes (the "First Trustee");

WHEREAS, on or about March 1, 2006, the First Trustee executed an Allonge to the Note and an Assignment of the Deed of Trust, transferring the Note and Deed of Trust to The Bank of New York Trust Company, N.A., its successors and assigns, as Indenture Trustee under that certain Indenture dated as of March 1, 2006, as the same may be amended from time to time, for the benefit of the Indenture Trustee and the holders of Business Loan Express Business Loan-

1

**STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF**

1  Backed Notes, 2006-A and the Hedge Counterparty, as their respective interest

2  may appear, subject to the Indenture dated as of March 1, 2006, as the same may

3  be amended from time to time relating to BLX Conventional Funding Trust I Notes

4  (the "Second Trustee");

5          WHEREAS, pursuant to a merger in 2007, The Bank of New York Trust

6  Company, N.A. is now known as the Bank of New York Mellon Trust Company,

7  N.A., and thus the current holder of the Note and Deed of Trust is the Bank of New

8  York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company,

9  N.A., its successors and assigns, as Indenture Trustee under that certain Indenture

10  dated as of March 1, 2006, as the same may be amended from time to time, for the

11  benefit of the Indenture Trustee and the holders of Business Loan Express

12  Business Loan-Backed Notes, 2006-A and the Hedge Counterparty, as their

13  respective interest may appear, subject to the Indenture dated as of March 1, 2006,

14  as the same may be amended from time to time relating to BLX Conventional

15  Funding Trust I Notes ("BNY as Trustee");

16          WHEREAS, previously it was the policy of BLX to repurchase defaulted

17  notes from the securitization trustee (here, BNY as Trustee) and foreclose under

18  BLX's own name, but that policy was changed without being communicated to all

19  employees of BLX or its counsel herein;

20          WHEREAS, as a result, BLX mistakenly brought this action in its own name

21  when the Note and Deed of Trust were actually owned by the securitization trustee,

22  BNY as Trustee, which is the real party in interest with respect to plaintiff's claims

23  herein;

24          WHEREAS, Federal Rule of Civil Procedure ("FRCP") 15(a)(2) provides

25  that, where a party is not entitled to amend a pleading as a matter of course

26  pursuant to FRCP 15(a)(1), a party may amend its pleading only with the opposing

27

28

2

**STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS TO
SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF**

party's written consent or the court's leave, which leave should be given freely when justice so requires;

WHEREAS, FRCP 15(c)(1)(B) provides in part that an amendment relates back to the date of the original pleading when it asserts a claim that arose out of the conduct, transaction, or occurrence set out -- or attempted to be set out – in the original pleading;

WHEREAS, FRCP 17(a)(1) provides that an action must be prosecuted in the name of the real party in interest, and FRCP 17(a)(3) provides in part that after substitution of the real party in interest, the action proceeds as if it had been originally commenced by the real party in interest;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between BLX and Defendants, through their respective counsel of record, that:

1.    BLX may have leave to amend the pleadings and proceedings herein to substitute as plaintiff the real party in interest herein, BNY as Trustee.

2.    All pleadings and proceedings in this action may be amended by striking out BLX and adding BNY as Trustee as plaintiff herein.

3.    All pleadings hereby amended are deemed to relate back to the date of the original pleading pursuant to Fed. Rule Civ. Proc. 15(c)(1)(B) and 17(a)(3).


DATED:  February 17, 2010          LEO D. PLOTKIN
                                   JOHN P. MERTENS
                                   LEVY, SMALL & LALLAS
                                   A Partnership Including Professional
                                   Corporations



                                   By:  /s/ John P. Mertens
                                        JOHN P. MERTENS
                                   Attorneys for Plaintiff
                                   BLX CAPITAL, LLC

                                        3
**STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS TO
SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF**

1    DATED:   February 17, 2010          BENJAMIN B. WAGNER
                                         United States Attorney
2

3

4                                        By:  /s/ Bobbie J. Montoya
5                                               BOBBIE J. MONTOYA
                                         Attorneys for
6                                        UNITED STATES OF AMERICA

7

8    DATED:   February 17, 2010          BILL J. SYMES
                                         FOLEY & LARDNER LLP
9

10

11
                                         By:  /s/ Bill J. Symes
12                                              BILL J. SYMES
13                                       Attorneys for Defendant
                                         WABASH NATIONAL TRAILER
14                                       CENTERS, INC.
15   DATED:   February 17, 2010          JAMES J. KIM
                                         KIM & ASSOCIATES
16

17

18
                                         By:  /s/ James J. Kim
19                                              JAMES J. KIM
20                                       Attorneys for Defendants
                                         SAM JIN GENERAL SUPPLY, INC.,
21                                       MASON AU AND NANJOO AU

22

23

24

25

26

27

28
                                  4
         STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS TO
            SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF

1

### ORDER

2      Good cause appearing and the parties having so stipulated, IT IS HEREBY

3  ORDERED that:

4      1.    Plaintiff BLX Capital, LLC ("BLX") is granted leave to amend the

5  pleadings and proceedings herein to substitute as plaintiff the real party in interest

6  herein, Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New

7  York Trust Company, N.A., as Indenture Trustee for the benefit of the

8  Noteholders, the Hedge Counterparty and the Certificateholders of Business Loan

9  Express Business Loan Trust 2006-A ("BNY as Trustee").

10      2.    All pleadings and proceedings in this action hereby are, and shall be

11  deemed to be, amended by substituting out BLX and adding BNY as Trustee as

12  plaintiff herein.

13

14  Dated:  February 22, 2010

15                                           _____
                                             GARLAND E. BURRELL, JR.
16                                           United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN
INTEREST AS PLAINTIFF**