IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A. f/k/a The Bank of New York Trust Company, N.A., its successors and assigns, as Indenture Trustee under that certain Indenture dated as of March 1, 2006, as the same may be amended from time to time, for the benefit of the Indenture Trustee and the holders of Business Loan Express Business Loan-Backed Notes, 2006-A and the Hedge Counterparty, as their respective interest may appear, subject to the Indenture dated as of March 1, 2006, as the same may be amended from time to time relating to BLX Conventional Funding Trust I Notes, BLX CAPITAL, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMJIN GENERAL SUPPLY, INC. dba SAM JIN ROOFING SUPPLY, a California corporation; MASON AU, and individual; NANJOO AU, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; WABASH NATIONAL TRAILER CENTERS, INC.,<br><br>          Defendants.*<br>_____<br>UNITED STATES OF AMERICA, | 2:09-cv-02438-GEB-JFM<br><br>ORDER |

1

```
                    Cross-Claimant,     )
                                        )
         v.                             )
                                        )
SAMJIN GENERAL SUPPLY, INC. dba         )
SAM JIN ROOFING SUPPLY, a               )
California corporation; MASON           )
AU, and individual; NANJOO AU,          )
an individual,                          )
                                        )
                    Cross-Defendants.   )
_____ )
```

    Pending are two motions for summary judgment, to which Samjin General Supply, Inc. dba Samjin Roofing Supply, Mason Au, Nanjoo Au, and Wabash National Trailer Centers, Inc. have not filed an opposition. Neither movant filed a proposed order concerning the relief sought. Therefore, each movant shall confer about whether the relief each movant seeks could be included in one order, and if agreement is reached, shall file a joint proposed order no later than September 20, 2010, embodying the relief sought by both Plaintiff and Cross-Claimant. If movants cannot agree, each shall file a separate proposed order no later than September 20, 2010 and, in a separate filing to be filed at the same time, shall state why they cannot reach an agreement. The proposed order shall include authority supporting what is requested.

Dated:  September 13, 2010

                 _____
                 GARLAND E. BURRELL, JR.
                 United States District Judge

*. The caption in this case has been amended to reflect the change in Plaintiff's name and the related Cross-Claim.