IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A. f/k/a The Bank of New York Trust Company, N.A., its successors and assigns, as Indenture Trustee under that certain Indenture dated as of March 1, 2006, as the same may be amended from time to time, for the benefit of the Indenture Trustee and the holders of Business Loan Express Business Loan-Backed Notes, 2006-A and the Hedge Counterparty, as their respective interest may appear, subject to the Indenture dated as of March 1, 2006, as the same may be amended from time to time relating to BLX Conventional Funding Trust I Notes, BLX CAPITAL, LLC, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>      v.<br><br>SAMJIN GENERAL SUPPLY, INC. dba SAM JIN ROOFING SUPPLY, a California corporation; MASON AU, and individual; NANJOO AU, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; WABASH NATIONAL TRAILER CENTERS, INC.,<br><br>           Defendants.<br>_____<br>UNITED STATES OF AMERICA, | 2:09-cv-02438-GEB-JFM<br><br><u>ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT PROPOSED ORDER</u> |

1

```
                               )
         Cross-Claimant,        )
                               )
     v.                         )
                               )
SAMJIN GENERAL SUPPLY, INC. dba )
SAM JIN ROOFING SUPPLY, a       )
California corporation; MASON   )
AU, and individual; NANJOO AU,  )
an individual,                  )
                               )
         Cross-Defendants.     )
_____ )
```

Plaintiff Bank of New York Mellon Trust Company, N.A., and Cross-Plaintiff United States of America's joint request for extension of time to file a joint proposed order is hereby GRANTED. Accordingly, by no later than October 4, 2010, Plaintiff and Cross-Plaintiff shall file a proposed order in accordance with the September 14, 2010 Order, ECF No. 38.

IT IS SO ORDERED.

Dated: September 23, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2