IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A. f/k/a The Bank of New York Trust Company, N.A., its successors and assigns, as Indenture Trustee under that certain Indenture dated as of March 1, 2006, as the same may be amended from time to time, for the benefit of the Indenture Trustee and the holders of Business Loan Express Business Loan-Backed Notes, 2006-A and the Hedge Counterparty, as their respective interest may appear, subject to the Indenture dated as of March 1, 2006, as the same may be amended from time to time relating to BLX Conventional Funding Trust I Notes, BLX CAPITAL, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMJIN GENERAL SUPPLY, INC. dba SAM JIN ROOFING SUPPLY, a California corporation; MASON AU, and individual; NANJOO AU, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; WABASH NATIONAL TRAILER CENTERS, INC.,<br><br>        Defendants.<br>_____<br>UNITED STATES OF AMERICA,<br><br>        Cross-Claimant, | 2:09-cv-02438-GEB-JFM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

1

|   |   |   |
|---|---|---|
| | v. | ) |
| | SAMJIN GENERAL SUPPLY, INC. dba | ) |
| | SAM JIN ROOFING SUPPLY, a | ) |
| | California corporation; MASON | ) |
| | AU, and individual; NANJOO AU, | ) |
| | an individual, | ) |
| | | ) |
| | Cross-Defendants. | ) |
| | _____ | ) |

Plaintiff filed a "Notice fo Settlement" on October 4, 2010, in which it states, "Plaintiff . . . and Defendant[s] Samjin General Supply, Inc., Mason Au and Nanjoo Au have reached a settlement in principal. The dispositional papers will be filed with the Court within twenty-one (21) days, in accordance with E.D. Cal. R. 160(b)." (ECF No. 42.)

Cross-Complainant United States of America also filed a "Notice of Settlement" on October 4, 2010, stating "cross-plaintiff United States of America and cross-defendants Samjin General Supply, Inc., Mason Au and Nanjoo Au have reached a settlement in principal. The dispositional papers will be filed with the Court within twenty-one (21) days, in accordance with E.D. Cal. R. 160(b)." (ECF No. 41.)

Therefore, a dispositional document(s) shall be filed no later than October 25, 2010. Further, the Final Pretrial Conference scheduled for November 15, 2010, at 11:00 a.m. will remain on calendar in the event this action is not dismissed in its entirety.

IT IS SO ORDERED.

Dated: October 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2