1  BENJAMIN B. WAGNER
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2775

5  Attorneys for the United States of America

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 BANK OF NEW YORK MELLON            )   Case No. 2:09-CV-02438-GEB-JFM
   TRUST COMPANY, N.A. f/k/a The Bank )
11 of New York Trust Company, N.A., its )
   successors and assigns, as Indenture )   STIPULATION FOR ENTRY OF JUDGMENT
12 Trustee under that certain Indenture dated )   ON THE UNITED STATES OF AMERICA'S
   as of March 1, 2006, as the same may be )   CROSSCLAIM, AND [proposed] ORDER
13 amended from time to time, for the benefit )
   of the Indenture Trustee and the holders of )
14 Business Loan Express Business Loan- )
   Backed Notes, 2006-A and the Hedge )
15 Counterparty, as their respective interest )
   may appear, subject to the Indenture dated )
16 as of March 1, 2006, as the same may be )
   amended from time to time relating to )
17 BLX Conventional Funding Trust I Notes, )
   BLX CAPITAL, LLC, )
18 a Delaware limited liability company, )
                                          )
19                    Plaintiff, )
                                          )
20            v. )
                                          )
21 SAMJIN GENERAL SUPPLY, INC. )
   dba SAM JIN ROOFING SUPPLY, a )
22 California corporation; MASON AU, an )
   individual; NANJOO AU, an individual; )
23 U.S. SMALL BUSINESS )
   ADMINISTRATION, a United States )
24 government agency; WABASH )
   NATIONAL TRAILER CENTERS, INC., )
25 and DOES 1 through 20, inclusive, )
                                          )
26                    Defendants. )
   _____ )
27

28 ////

1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Cross-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAMJIN GENERAL SUPPLY, INC. | ) |
| dba SAM JIN ROOFING SUPPLY, a | ) |
| California corporation; MASON AU, an | ) |
| individual; NANJOO AU, an individual; | ) |
| WABASH NATIONAL TRAILER | ) |
| CENTERS, INC., | ) |
| | ) |
| Cross-Defendants. | ) |
| | ) |

**STIPULATION FOR ENTRY OF JUDGMENT
ON THE UNITED STATES OF AMERICA'S CROSSCLAIM**

The parties hereby stipulate and request that the Court enter judgment for cross-plaintiff

United States of America as provided below.

FOR THE UNITED STATES OF AMERICA:


DATED:  October 26, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney


                                                */s/ Bobbie J. Montoya*
                                    By:      _____
                                            BOBBIE J. MONTOYA
                                            Assistant U.S. Attorney

                                            Attorneys for the United States of America

                                            OF COUNSEL:

                                            JILL C. HOBBY
                                            District Counsel
                                            U.S. Small Business Administration
                                            6501 Sylvan Road, Suite 100
                                            Citrus Heights, CA 95610

////
////
////
////

2

1   FOR CROSS-DEFENDANTS:

2

3   DATED:  October 22, 2010

*/s/ Mason Au* (original signature retained by attorney)
_____
MASON AU

4   Individually and as President and authorized

5   agent on behalf of Samjin General Supply, Inc., dba Samjin Roofing Supply

6

7   DATED:  October 22, 2010

*/s/ Nanjoo Au* (original signature retained by attorney)
_____
NANJOO AU

8   Individually and as Secretary and authorized

9   agent on behalf of Samjin General Supply, Inc., dba Samjin Roofing Supply

10

11   DATED:  October 25, 2010

*/s/ James J. Kim* (original signature retained by atty)
_____
JAMES J. KIM

12

13   Attorney for Cross-Defendants

Mason Au, Nanjoo Au, and Samjin General Supply, Inc.

14

15                                   **ORDER**

16        Judgment is hereby entered as follows:

17        1.  For cross-plaintiff United States of America and against cross-defendants Mason Au,

18   Nanjoo Au, and Samjin General Supply Inc., dba Samjin Roofing Supply, a California corporation,

19   jointly and severally, for the balance owed on the Note (CDC/504 Loans), to wit, as of October 8,

20   2010, the principal sum of $563,744.78 and interest in the amount of $57,070.43, for a total of

21   $620,815.21, plus a daily accrual of $84.42 in interest, together with attorney's fees and costs in the

22   amount of 10% pursuant to 28 U.S.C. § 3011.

23        2.  Post-judgment interest shall accrue at the legal per annum percentage rate in effect at the

24   time of its entry, computed daily and compounded annually until paid, pursuant to 28 U.S.C. § 1961,

25   beginning on the date this judgment is entered.

26        3.  In compromise of the judgment amount, the parties have agreed to the following workout

27   in order to reinstate the 504 Loan (hereinafter the "Workout"):

28   ////

a.   Mason Au, Nanjoo Au, and/or Samjin will immediately pay in conjunction with the execution of the Settlement Agreement, but no later than October 31, 2010, a lump sum in the amount of $74,500 towards the past due balance of $93,232.26;

b.   The remaining past due balance of $18,732.26 will be paid over a 15-month period ($1,248.82 per month) in addition to the regular loan installment payments of $4,237.83;

c.   The modified catch up payments of $1,248.82 will increase the monthly payments for the next 15 months to $5,486.65;

d.   Upon payment satisfaction after the 15-month modified catch up payments, the monthly payments will revert back to the regular loan installment amount of $4,237.83;

e.   The regular loan installment amount of $4,237.83 per month will be paid in accordance with the 504 Note until the 504 Note is paid in full.

4.   The SBA, or its authorized servicer of the 504 Loan, will send written notice of any default of the Workout to Mason Au, Nanjoo Au, and Samjin at their last known address.  Mason Au, Nanjoo Au, and/or Samjin will have fourteen (14) days from the date of said notice to cure any such default.

5.   Mason Au, Nanjoo Au, Samjin, and their attorney of record shall execute and deliver such other and further documents as may be required to carry out the terms of the Workout.

6.   If a payment is not made as set forth in paragraphs 3 and/or 4 above, or if the terms of paragraph 5 are not met, the United States may immediately record abstracts of judgment, enforce the full judgment entered by any means provided by law; and take any other civil means to preserve its judgment right against Mason Au, Nanjoo Au and/or Samjin.

////
////
////
////
////

7. The Clerk is directed to enter a separate judgment hereon, in accordance with Rule 58, Fed. R. Civ. P.

IT IS SO ORDERED.

Dated: October 28, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge