IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A. f/k/a The Bank of New York Trust Company, N.A., its successors and assigns, as Indenture Trustee under that certain Indenture dated as of March 1, 2006, as the same may be amended from time to time, for the benefit of the Indenture Trustee and the holders of Business Loan Express Business Loan-Backed Notes, 2006-A and the Hedge Counterparty, as their respective interest may appear, subject to the Indenture dated as of March 1, 2006, as the same may be amended from time to time relating to BLX Conventional Funding Trust I Notes, BLX CAPITAL, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>      v.<br><br>SAMJIN GENERAL SUPPLY, INC. dba SAM JIN ROOFING SUPPLY, a California corporation; MASON AU, an individual; NANJOO AU, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; WABASH NATIONAL TRAILER CENTERS, INC., and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No. 2:09-CV-02438-GEB-JFM<br><br>ORDER APPROVING STIPULATION FOR DISMISSAL OF UNITED STATES' CROSSCLAIM AGAINST WABASH NATIONAL TRAILER CENTERS, INC.<br>(Fed. R. Civ. P. 41(a)(2)) |

////

1

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Cross-Plaintiff, | ) |
| v. | ) |
| SAMJIN GENERAL SUPPLY, INC. dba SAM JIN ROOFING SUPPLY, a California corporation; MASON AU, an individual; NANJOO AU, an individual; WABASH NATIONAL TRAILER CENTERS, INC., | ) |
| Cross-Defendants. | ) |

The stipulation for dismissal of the United States of America's crossclaim against Wabash National Trailer Centers, Inc., filed October 27, 2010, is hereby APPROVED.

IT IS SO ORDERED.

Dated: October 28, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2